### Tom Cunningham v. The State.

No. 9221.   Delivered March 11, 1925.

No motion for rehearing filed.

**Theft.**

No statement of facts nor bills of exception appearing in the record the judgment is affirmed.

Appeal from the District Court of McLennan County. Tried below before the Hon. Richard I. Monroe, Judge.

Appeal from a conviction of theft; penalty, two years in the penitentiary.

*Tom Garrard,* State's Attorney and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is theft; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment is regular. The record is before us without bills of exception or statement of facts. No fundamental error has been discovered or pointed out.

The judgement is affirmed.